IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ABRAHAM GRANT**                                                                                                          **PLAINTIFF**
**ADC #128147**

**VS.**                                              **4:24-CV-00818-BRW**

**E. DION WILSON, Judge**                                                                                          **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of November, 2024.


                                                                               Billy Roy Wilson_____
                                                                               UNITED STATES DISTRICT JUDGE